EADY *et al. v.* MAGNOLIA CEMETERY COMPANY *et al.*

GILBERT, J. Where the judge's certificate to a bill of exceptions verifies it in part only, and shows it to be in part untrue, the certificate is not a lawful one, and the writ of error must be dismissed. *Hawkins* v. *Americus,* 102 *Ga.* 786 (30 S. E. 519) ; *Fort* v. *Sheffield,* 108 *Ga.* 781 (33

# 788

S. E. 660) ; *Jarriel* v. *Jarriel*, 115 *Ga.* 23 (41 S. E. 262) ; *Priester* v. *Bray*, 138 *Ga.* 69 (74 S. E. 757) ; *Central of Ga. Ry. Co.* v. *Mills*, 143 *Ga.* 47 (84 S. E. 120) ; *Love* v. *Love*, 146 *Ga.* 160 (91 S. E. 27) ; *Adamson* v. *Bradley*, 147 *Ga.* 328 (93 S. E. 894). The certificate to the bill of exceptions in the present case is fatally defective, in the light of the foregoing decisions.

*Writ of error dismissed. All the Justices concur, except Atkinson, J., absent.*

No. 9162. OCTOBER 12, 1932.

*Spence & Spence,* for plaintiffs.

*T. M. Smith* and *J. V. Poole,* for defendants.